902 F.2d 1565
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Richard HOLMES, Plaintiff-Appellant,
v.
Fred E. JORDAN, Jr., Commissioner, Division of Correction,
Defendant-Appellee.
 No. 89-6783.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 10, 1990.
Decided May 2, 1990.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Paul V. Niemeyer, District Judge. (C/A No. 89-1901-PN)
 Richard Holmes, appellant pro se.
 D.Md.
 AFFIRMED.
 Before SPROUSE and WILKINS, Circuit Judges, and HARRISON L. WINTER, Senior Circuit Judge.*
 PER CURIAM:
 
 
 1
 Richard Holmes appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny the motion for consolidation and affirm on the reasoning of the district court. Holmes v. Jordan, CA-89-1901-PN (D.Md. July 24, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Judge Winter participated in the consideration of this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel. 28 U.S.C. Sec. 46(d)